

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00212-CV

**IN THE INTEREST OF R.K.H.**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01466
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED and this appeal is DISMISSED. No costs of appeal are taxed against appellant.

SIGNED July 29, 2015.

_____
Karen Angelini, Justice